Daniel J. McCarthy III
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
835 McClintock Dr., 2nd Floor
Burr Ridge, IL 60527
630-655-6000
630-655-9808 (fax)
djm@gsrnh.com
Attorney for Alaska Pacific Beverage Company, LLC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALASKA PACIFIC BEVERAGE COMPANY, LLC, d/b/a 49th State Brewing Company, an Alaska limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SKA FABRICATING INC., a Colorado corporation, | ) ) ) |
| Defendant. | ) ) |

## **COMPLAINT**

NOW COMES Plaintiff, ALASKA PACIFIC BEVERAGE COMPANY, LLC, d/b/a 49th State Brewing Company ("APBC"), by and through its attorneys, Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd., and for its Complaint, states as follows:

1.  APBC is an Alaska limited liability company engaged in the business of, *inter alia*, the brewing and bottling of beer and other beverages.

2.  Defendant SKA FABRICATING INC. ("Ska"), is a Colorado corporation engaged in the design, manufacture, and sale of equipment for use by brewers.

3. This matter is subject to federal diversity jurisdiction pursuant to 28 U.S.C. § 1332, as there exists complete diversity of citizenship between the parties and the amount in controversy meets or exceeds $75,000.00.

4. Venue is proper in this court pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to this claim occurred in this district.

**FACTS RELEVANT TO ALL COUNTS**

5. On or about December 14, 2023, Ska issued to APBC a quotation for the manufacture, deliver, and installation of a depalletizer for a total price of $315,133.00 (the "Quotation"). A true and correct copy of the Quotation is attached hereto as Exhibit A.

6. APBC subsequently signed the Quotation. See Ex. A.

7. On or about March 29, 2024, Ska issued an invoice (the "Invoice") to APBC requesting payment in the amount of fifty-eight thousand seven hundred eighty-six and 60/100 dollars ($58,786.60), representing a 20% down payment. See Invoice attached hereto as Exhibit B.

8. On or about April 4, 2024, APBC issued payment to Ska in the amount of $58,786.60, representing payment of the Invoice in full. See bank statement attached hereto as Exhibit C.

9. On or about April 15, 2024, representatives of Ska and APBC held a telephone conference, in which Ska agreed that it would have the equipment (referred to as the "filler") delivered by no later than May 22, 2024, that installation would take place beginning May 28, 2024, and that it would be ready for testing by June 4, 2024. See excerpts from transcript of April 15, 2024 call attached hereto as Exhibit D.

10. On or about April 29, 2024, a subsequent conference was held, during which Ska confirmed that work could begin as soon as the project layout drawings were signed and approved by APBC, and that the documents would be sent to APBC the same day. See excerpts from transcript of April 29, 2024 call attached hereto as Exhibit E.

11. Ska provided the final layout drawings on April 29, 2024. See email attached hereto as Exhibit F.

12. APBC returned the signed and approved layout drawings the same day. See email and signed drawings attached hereto as Exhibit G.

13. Subsequent correspondence from counsel for Ska confirmed that, even months later, Ska acknowledged that the April 29, 2024 approval constituted approval of the "final layout" of the depalletizer. See June 27, 2024 letter from counsel, attached hereto as Exhibit H.

14. On or about May 7, 2024, Ska provided APBC with a new set of drawings for approval. See email attached hereto as Exhibit I.

15. Also on or about May 7, 2024, Ska contacted APBC to state that "time slipped away on all ends of the approval drawing process with changes and this has caused about a month setback" and that the new delivery date would be July 10, 2024. See email chain attached hereto as Exhibit J.

16. Despite the fact that signed drawings had been returned by APBC on April 29, 2024, Ska's email of May 7, 2024 attributed the delay to the lack of signed drawings, stating: "Unfortunately without signed drawing engineering was unable to start design." See Ex. J.

17. On the same date, APBC contacted Ska via telephone and informed them that the new proposed dates were not acceptable and that the delay would have serious consequences for APBC's business.

3

18. Later on the same date, APBC contacted Ska via email to confirm that the work needed to be completed by the agreed-to completion date. See Ex. J.

19. Ska replied the same day and confirmed the timeline would not be met. See Ex. J.

20. On or about May 18, 2024, APBC contacted Ska and stated that, due to the failure to meet the completion date, a refund of the deposit was being requested. See Ex. J.

21. On or about May 19, 2024, Ska replied that a refund would not be provided, and that in fact Ska was considering invoicing APBC for additional amounts. See Ex. J.

22. On or about May 24, 2024, APBC contacted Ska via email to again request a refund, and to further advise Ska that because of Ska's failure to comply with its completion deadline, APBC had incurred in excess of thirty thousand dollars ($30,000.00) in costs needed in order to retrofit a system and avoid additional costs and delays. See Ex. J.

## **COUNT I – Unjust Enrichment**

23. APBC restates and realleges Paragraphs 1-22 as though fully stated herein.

24. The history of the interactions between the parties demonstrates that there was no meeting of the minds in relation to the timing and deadline for the performance of the work.

25. Due to the lack of a meeting of the minds of an essential element of the agreement, no enforceable contract was formed.

26. Ska has received an enrichment in the form of the deposit paid in the amount of $58,786.60, and APBC has experienced a corresponding impoverishment.

27. Ska would be unjustified in retaining the benefit of the deposit.

28. APBC lacks an adequate remedy at law.

WHEREFORE, the Plaintiff, ALASKA PACIFIC BREWING COMPANY, LLC, d/b/a/ 49th State Brewing Company, respectfully requests that this Honorable Court enter judgment in its

favor on this Count I in the amount of fifty-eight thousand seven hundred eighty-six and 60/100 dollars, and award all other relief deemed appropriate and just.

**COUNT II – Breach of Contract**
**(pled in the alternative)**

29. APBC restates and realleges Paragraphs 1-22 as though fully stated herein.

30. Should the Quotation be found to constitute a binding contract, then a valid and enforceable contract exists between the Parties.

31. Ska's failure to timely perform its obligations constitutes a breach of the contract.

32. APBC timely performed all of its payment obligations pursuant to the contract.

33. As a direct result of Ska's breach, APBC has been damaged via the loss of its deposit in the amount of $58,786.60.

34. Additionally, APBC has incurred further costs in an effort to remediate the effects of Ska's breach, in excess of $30,000.00

35. APBC has therefore incurred total damages in an amount to be proven at trial, but in excess of $75,000.00.

*[Remainder of page blank]*

WHEREFORE, the Plaintiff, ALASKA PACIFIC BREWING COMPANY, LLC, d/b/a/ 49th State Brewing Company, respectfully requests that this Honorable Court enter judgment in its favor on this Count II in an amount to be proven at trial but in excess of seventy-five thousand dollars, and award all other relief deemed appropriate and just.

    Respectfully submitted,
ALASKA PACIFIC BEVERAGE COMPANY, LLC, d/b/a 49th State Brewing Company,

By:    /s/ Daniel J. McCarthy III
    Daniel J. McCarthy III
    Alaska Bar No. 2105041

Daniel J. McCarthy III
Goldstine, Skrodzki, Russian,
  Nemec & Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630) 655-6000
(630) 655-9808 (fax)
*Attorneys for Plaintiff*